## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| In Re: | Case Number 16-11428-BAH |
| Diane L. Maucieri | Chapter 13 |

## ORDER ON ASSENTED TO MOTION TO CONTINUE HEARING ON
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY [NO. 68]

ORDERED AND DECREED:

1. The Assented to Motion to Continue Hearing on the Motion of Federal National Mortgage Association ("Fannie Mae"), by and through its Authorized Sub-servicer, Seterus, Inc. ("Seterus") for Relief from the Automatic Stay [Doc. No. 68] hereby is **GRANTED** and a hearing is set for Wednesday, September 26, 2018 at 10AM at the United States Bankruptcy Court for the District of New Hampshire, Courtroom A of the Warren B. Rudman United States Courthouse, 55 Pleasant Street, Concord, NH 03301.

Dated ___August 07, 2018_____

/s/ Bruce A. Harwood_____
United States Bankruptcy Judge

15-020525 / BK09